IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JEFFREY SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CV 05-3084-CO |
| | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATION** |
| GUIDEONE MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Magistrate Judge John P. Cooney filed his Findings and Recommendations (docket #24) on May 15, 2006. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). Defendants have filed objections, which I have carefully studied along with the Plaintiff's response.

After reviewing the Magistrate Judge's report de novo, I

1 - ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

find no error. I adopt Magistrate Judge Cooney's report. Defendants' motion (# 9) for summary judgment is denied.

DATED this _18_ day of August, 2006.

*(signature)*
OWEN M. PANNER
United States District Judge

2 - ORDER ADOPTING FINDINGS AND RECOMMENDATIONS