FILED'07 JAN 04 15:01 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY SMITH, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>GUIDEONE MUTUAL INSURANCE )<br>CO., )<br>)<br>    Defendant. )<br>_____) | Civ. No. 05-3084-CO<br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation on November 28, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I have, therefore, given this case de novo review. I find no

1 - ORDER

error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#49) is adopted. Plaintiff's motion for partial summary judgment (#36) is granted.

IT IS SO ORDERED.

DATED this 4 day of January, 2007.

_____
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER